☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: ARIZONA PARTSMASTER, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   AZP Multifamily

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   7125 W. SHERMAN ST
   Number    Street

   _____

   PHOENIX           AZ    85043
   City              State  ZIP Code

   MARICOPA
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   _____

   City    State    ZIP Code

| Debtor | AZ PARTSMASTER LLC | Case number (if known) |
|---|---|---|
| | Name | |

6. **Debtor's website (URL)**  www.myazp.com

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY
     
     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    
    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2
Case 2:23-bk-05092-PS    Doc 1    Filed 07/28/23    Entered 07/28/23 09:36:06    Desc
Main Document    Page 2 of 5

| Debtor | AZ PARTSMASTER LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Tech Fabric LLC | Unsecured Trade Debt | $ 223,635.50 |
| Diversitech Corporation, Inc. | Unsecured Trade Debt | $ 316,793.84 |
| TradeCycle Capital, LLC | Unsecured Trade Debt | $ 1,318,520.40 |
| | Total of petitioners' claims | $ 1,858,949.74 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Tech Fabric, LLC
Name

1530    E. Williams Field Rd STE 201
Number    Street

Gilbert            AZ            85295
City               State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dennis Wukovits
Name

1530 E. Williams Field Rd STE 201
Number    Street

Gilbert            AZ            85295
City               State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023
             MM / DD / YYYY

X _____  President
Signature of petitioner or representative, including representative's title

**Attorneys**

Thomas E. Littler
Printed name

Littler, P.C.
Firm name, if any

341    W. Secretariat
Number    Street

Tempe             AZ            85284
City              State         ZIP Code

Contact phone 480-248-9010   Email telittler@gmail.com

Bar number  006917

State  AZ

X 
Signature of attorney

Date signed  07/28/2023
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  AZ PARTSMASTER LLC  
Case number (if known) _____

**Name and mailing address of petitioner**

Diversitech Corporation, Inc.  
Name

3039   Premier Parkway, STE 600  
Number   Street

Duluth              GA       30097  
City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Medved  
Name

3039 Premier Parkway, Suite 600  
Number   Street

Duluth              GA       30097  
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023  
             MM / DD / YYYY

X _____, Associate General Counsel  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City     State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

X _____  
Signature of attorney

Date signed _____  
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Trade Cycle Capital, LLC  
Name

1075   Crosspoint Blvd., STE 135  
Number   Street

Indianapolis        IN       46256  
City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023  
             MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City     State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

X _____  
Signature of attorney

Date signed _____  
            MM / DD / YYYY

Debtor  AZ PARTSMASTER LLC  
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Diversitech Corporation, Inc.  
Name

3039   Premier Parkway, STE 600  
Number   Street

Duluth                    GA         30097  
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023  
            MM / DD / YYYY

✘ _____  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City      State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____  
Signature of attorney

Date signed _____  
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Trade Cycle Capital, LLC  
Name

1075   Crosspoint Blvd., STE 135  
Number   Street

Indianapolis              IN         46256  
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023  
            MM / DD / YYYY

✘ *[signature]*  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City      State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____  
Signature of attorney

Date signed _____  
           MM / DD / YYYY