# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ARIZONA PARTSMASTER, LLC |
| **Case Number:** | 2:23-BK-05092-PS   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 03, 2023 10:30 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |

### Matter:

EXPEDITED HEARING ON FIRST BUSINESS SPECIALTY FINANCE, LLC'S EMERGENCY MOTION FOR ORDER TO EXCUSE TURNOVER

**R / M #:**   0 / 0

### Appearances:

CHRISTOPHER H. BAYLEY, ATTORNEY FOR ARIZONA PARTSMASTER, LLC
ALAN A. MEDA, RECEIVER FOR ARIZONA PARTSMASTER, LLC
DALE C. SCHIAN, ATTORNEY FOR FIRST BUSINESS SPECIALTY FINANCE, LLC
THOMAS E. LITTLER, ATTORNEY FOR PETITIONING CREDITORS; DIVERSITECH CORPORATION, INC., TECH FABRIC, LLC, TRADECYCLE CAPITAL, LLC
DEAN RALLIS, ATTORNEY FOR PIONEER INDUSTRIES
ELLEN STEIN, ATTORNEY
KYLE T. GEIGER, ATTORNEY FOR FIRST BUSINESS SPECIALTY FINANCE, LLC
JOHN CHRISTY, ATTORNEY FOR CORTLAND IMPROVEMENTS, CORTLAND MANAGEMENT, CAST INDUSTRIES

Case 2:23-bk-05092-PS   Doc 19   Filed 08/03/23   Entered 08/04/23 13:46:02   Desc Main   Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:23-BK-05092-PS           THURSDAY, AUGUST 03, 2023 10:30 AM

## *Proceedings:*

Dale Schian argues his position and provides a history of the business and the appointment of Mr. Meda as receiver. Mr. Schian answers questions raised by the Court.

Mr. Littler states that the assets can't be turned over because there is no Trustee or Debtor in Possession. Mr. Littler agrees the order should be an interim order and argues his position. Mr. Littler notes the communication regarding the form of order. Mr. Littler answers questions raised by the Court regarding the intended outcome of the involuntary case.

Mr. Bayley addresses the punitive Debtor's appointment of a receiver and at this time believes that there is sufficient funds available to pay the bank in full and leaving some value over and above the claim of the bank for the company. Mr. Bayley answers questions raised by the Court regarding service of the summons and involuntary petition.

The Court states that the parties should confer is service was proper by noon today.

Mr. Bayley states that the loan with First Business Specialty is guaranteed by the principals and provides information regarding the guarantees. Mr. Bayley answers questions raised by the Court.

Mr. Kristy provides information regarding the inventory with the punitive Debtor as it relates to the Cortland properties and does not object to the proposed interim motion.

Mr. Rallis states his concerns for the unsecured creditors, the estate, and the future of the business.

Ms. Stein states that she has nothing to add.

The Court provides a preliminary view of the matter.

Mr. Schian agrees that an interim order would help with the payroll and other emergency expenses. Mr. Schian clarifies the receivers duties. Mr. Schian addresses the inventory issues and the rental issues.

Mr. Rallis will provide his contact information to Mr. Schian.

Ms. Stein will provide her contact information to Mr. Schian.

Mr. Meda states that payroll was the most important issue and states that the inventory consolidation is in progress.

COURT: FOR THE REASONS STATED ON THE RECORD, IT IS ORDERED APPROVING THE LENDER'S MOTION TO PAY PAYROLL AND THE CURRENT EXPENSES. MR. SCHIAN SHALL CIRCULATE A FORM OF ORDER CONSISTENT WITH THE COURT'S RULING. IF ANY PARTY

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:23-BK-05092-PS        THURSDAY, AUGUST 03, 2023 10:30 AM

OBJECTS TO THE FORM OF ORDER THEY MAY LODGE THEIR OWN ORDER WITHIN THREE HOURS OF THE PROPOSED ORDER AND THE COURT WILL DECIDE ON THE APPROPRIATE ORDER.