Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cortland Improvements, LLC & Cortland Management, LLC dba Cortland Build 3434 Peachtree Road NE, Suite 300 Atlanta, GA 30326 | Julie.thomas@cortlandbuild.com 404-978-1407 | Trade Debt | | | | $8,043,900.27 |
| 2 | Tradecycle Capital, LLC 1075 Crosspoint Blvd., Suite 135 Indianapolis, IN 46256 | goheen@tradecyclecapital.com 317-294-0159 | loan | | | | $1,290,052.17 |
| 3 | American Water Heater Co. P.O. Box 405151 Atlanta, GA 30384-5151 | cfrost@aosmith.com 423-283-8014 | Trade Debt | | | | $588,532.30 |
| 4 | Olympia Faucets, Inc. 3325 S. Garfield Ave. Commerce, CA 90040 | nick.eleftheriou@pioneerind.com 888-772-7701 | Trade Debt | | | | $381,210.26 |
| 5 | GE Appliances c/o Haier Company P.O. Box 281865 Atlanta, GA 30384-1865 | ebnoland@fmdlegal.com 502-992-5042 | Trade Debt | | | | $376,024 |
| 6 | SATCO Products, Inc. 31288 San Benito St. Hayward, CA 94544 | katep@satco.com 631-243-2022 | Trade Debt | | | | $359,352.19 |
| 7 | TMZ Service, LLC 6808 Wilhelmina Drive Dallas, TX 75237 | tmzservice03@gmail.com 469-735-2925 | Trade Debt | | | | $343,572 |
| 8 | Diversitech Corporation, Inc. P.O. Box 123791 Dallas, TX 75312-3791 | NKroner@diversitech.com 678-542-3606 | Trade Debt | | | | $306,371.30 |

| | Debtor _____ Name | Case number (if known) _____ | | | | | |
|---|---|---|---|---|---|---|---|
| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lotus & Windoware, Inc. P.O. Box 732339 Dallas, TX 75373-2339 | ddavid@lotusblind.com 909-664-9653 | Trade Debt | | | | $292,444.90 |
| 10 | Whitecrow, Inc. 2366 E. Pacfica Pl. Rancho Dominguez, CA 90220 | shaun.stellman@whitecrow.ltd 714-317-6409 | Trade Debt | | | | $270,000 |
| 11 | Goodman Distribution, Inc. 125 N. 67th Ave. #7 Phoenix, AZ 85043 | Simon.Lin@daikincomfort.com 713-263-5012 | Trade Debt | | | | $263,419.26 |
| 12 | Tech Fabric, LLC 1530 E. Williams Field Rd. Gilbert, AZ 85295 | adam.lilly@techfabric.com 805-886-6028 | professional services | | | | $214,445 |
| 13 | Moen Incorporated P.O. BOX 776807 Chicago, IL 60677-6807 | Michelle.Norton@fbwinn.com 440-962-2518 | Trade Debt | | | | $201,621.82 |
| 14 | Italisa (Vietnam) Co., Ltd. Lot B5 B6 Song Khe Noi Hoang Ind. Zone 54 | ye.lj@italisa.com 84-204-3758-686 | Trade Debt | | | | $191,358.39 |
| 15 | Sentry Insurance P.O. Box 8048 Stevens Point, WI 54481-8048 | SentryRegionalSupport@Sentry.com 800-473-6879 | Insurance | | | | $181,258.95 |
| 16 | Craftmade International, Inc. 3401 W. Trinity Blvd. Grand Prairie, TX 75050 | johnmares@litexindustries.com 973-895-4700 | Trade Debt | | | | $177,836.98 |
| 17 | American De Rosa Lamparts, Inc. P.O. Box 933462 Cleveland, OH 44193 | cls@creativelightingsales.com 800-777-4440 | Trade Debt | | | | $174,572.13 |
| 18 | Premium Vinyl Company 3116 E. Via Mondo Rancho Domingue, CA 90221-5415 | pvc_orders@sbcglobal.net 310-537-9270 | Trade Debt | | | | $150,541.38 |
| 19 | Gain Consulting, LLC P.O. Box 472 Lowell, AR 72745 | thanks@gain.consulting 770-317-4092 | Trade Debt | | | | $134,021.33 |
| 20 | Kuehne & Nagel, Inc. 4100 N. Commerce Drive East Point, GA 30344 | knus.collections@kuehne-nagel.com 404-675-2813 | Trade Debt | | | | $133,804.74 |