1 | LEWIS BRISBOIS
      BISGAARD & SMITH LLP
2 | Sean M. Brennecke (No. 4686)
    500 Delaware Avenue, Suite 700
3 | Wilmington, Delaware 19801
    Sean.Brennecke@lewisbrisbois.com
4 | Sean M. Assad (035700)
    Phoenix Plaza Tower II
5 | 2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
6 | Sean.Assad@lewisbrisbois.com
    Telephone: 602.385.1032
7 | Facsimile: 602.385.1051
    Firm email: azdocketing@lbbslaw.com

*Attorneys for Defendants
Bradley Schlecht and Nicole Schlecht*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>ARIZONA PARTSMASTER, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-05092-PS |
|---|---|
| ERIC M. HALEY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY SCHLECHT and NICOLE SCHLECHT, husband and wife; DARREN RAWSON, an unmarried man; and STEVEN J. DEFRANCIS,<br><br>Defendants. | Adversary No. 2:24-ap-00186-PS<br><br>**STIPULATION TO EXTEND DEADLINE FOR SIMULTANEOUS DISCLOSURE OF AREAS OF EXPERT TESTIMONY (First Request)** |

The Parties, by and through their respective undersigned counsel, hereby stipulate and agree that the deadline for the simultaneous disclosure of the areas of expert testimony (pursuant to Doc. 32) is hereby extended up to and including June 6. 2025. A copy of the proposed order approving the Stipulation is attached hereto as **Exhibit A.**

DATED: May 30, 2025

| THE BURGESS LAW GROUP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/Todd Burgess (w/permission)* | |
| Todd A. Burgess (AZ 019013) | */s/Sean M. Brennecke* |
| Janel M. Glynn (AZ025497) | Sean M. Brennecke (No. 4686) |
| 3131 East Camelback Road, Suite 224 | 500 Delaware Avenue, Suite 700 |
| Phoenix, AZ 85016 | Wilmington, Delaware 19801 |
| (602) 806-2100 | (302) 985-6009 |
| todd@theburgesslawgroup.com | Sean.Brennecke@lewisbrisbois.com |
| janel@theburgesslawgroup.com | Sean M. Assad (035700) |
| | |
| *Attorneys for Eric M. Haley, Chapter 7 Trustee* | *Attorneys for Defendant Bradley Schlect and Nicole Schlecht* |
| | |
| GORDON REESE SCULLY MANSUKHANI | HINSHAW & CULBERTSON |
| | |
| */s/Megan M. Adeyemo (w/permission)* | */s/Brad Dunn (w/permission)* |
| Christopher M. Rogers | Bradley L. Dunn |
| Jeffrey D. Cawdrey | M. Victoria Smith |
| Megan M. Adeyemo | 2375 E. Camelback Rd., Ste. 410 |
| Two North Central Ave., Ste. 2200 | Phoenix, AZ 85016 |
| Phoenix, AZ 85004 | bdunn@hinshawlaw.com |
| cmrogers@grsm.com | msmith@hinshawlaw.com |
| jcawdrey@grsm.com | |
| madeyemo@grsm.com | *Attorneys for Steven J. DeFrancis* |
| amatthews@grsm.com | |
| | |
| *Attorneys for Defendant Darren Rawson* | |

A copy of the foregoing was electronically filed this May 30, 2025, with the U.S. Bankruptcy Court.

| | |
|---|---|
| Todd A. Burgess<br>Janel M. Glynn<br>The Burgess Law Group<br>3131 East Camelback Road, Suite 224<br>Phoenix, Arizona 85016<br>Todd@theburgesslawgroup.com<br>Janel@theburgesslawgroup.com<br>*Attorneys for Plaintiff* | U.S. Trustee<br>Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 |

Christopher M. Rogers
Gordon Rees Scully Mansukhani, LLP
Two North Central Ave., Ste. 2200
Phoenix, AZ 85004
cmrogers@grsm.com
*Attorney Darren Rawson*

Jeffrey D. Cawdrey
Megan M. Adeyemo
101 W. Broadway Ste. 2000
San Diego, CA 92101
jcawdrey@grsm.com
madeyemo@grsm.com
amatthews@grsm.com
*Attorneys Darren Rawson*

Bradley L. Dunn
M. Victoria Smith
HINSHAW & CULBERTSON
2375 E. Camelback Rd., Ste. 410
Phoenix, AZ 85016
bdunn@hinshawlaw.com
msmith@hinshawlaw.com
*Attorneys for Steven J. De Francis*

/s/Lisa Graves

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

158034155.1